1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Puma, Esq.
2  (*pro hac vice application to be filed*)
   Brian W. Sullivan, Esq.
3  (*pro hac vice application to be filed*)
   1701 Market Street
4  Philadelphia, PA 19103-2921
   Tel.: (215) 963-5000
5  Fax: (215) 963-5001

6

   MORRIS, POLICH & PURDY LLP
7  Deanna L. Forbush, Esq.
   500 South Rancho Drive, Suite 17
8  Las Vegas, NV 89106-4847
   Tel.: (702) 697-7525
9

   *Attorneys for Defendants*
10 *Bimbo Bakeries USA, Inc. and Bimbo*
   *Foods Bakeries Distribution, LLC*
11

12 LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
13 10161 Park Run Drive, Suite 150
   Las Vegas, NV 89145-8872
14

15              **UNITED STATES DISTRICT COURT**

16                    **DISTRICT OF NEVADA**

17

| | |
|---|---|
| 18  CHARLES BELL, JAMES TURNER, FERNANDO MENDOZA, ANDREW 19  AUSTIN, MARTIN RECILLAS, BELLION CORPORATION, JL TURNER 20  DISTRIBUTION, JJF DISTRIBUTORS CORP., and MENDOZAS DISTRIBUTION, 21 22              Plaintiffs, 23       vs. 24  GRUPO BIMBO, S.A.B. DE C.V., BIMBO BAKERIES USA; and BIMBO FOODS 25  BAKERIES DISTRIBUTION, LLC. 26              Defendants. 27 | Case No. 2:15-cv-02410-KJD-VCF  **JOINT STIPULATION FOR TIME FOR DEFENDANTS BIMBO BAKERIES USA, INC. AND BIMBO FOODS BAKERIES DISTRIBUTION, LLC TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**  (SECOND REQUEST) |

28    Defendants Bimbo Bakeries USA, Inc. (erroneously identified as Bimbo Bakeries USA)

and Bimbo Foods Bakeries Distribution, LLC ("Defendants")[1] and Plaintiffs Charles Bell, James Turner, Fernando Mendoza, Andrew Austin, Martin Recillas, Bellion Corporation, JL Turner Distribution, JJF Distributors Corp., and Mendozas Distribution (together, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree that, in order to permit Defendants sufficient time to respond to the Amended Complaint, Defendants shall have until March 9, 2016 to answer, move, or otherwise response to Plaintiffs' First Amended Complaint.

DATED this 17th day of February, 2016.

| LAW OFFICE OF TELIA U. WILLIAMS | MORRIS, POLICH & PURDY LLP |
|---|---|
| By: /s/ Telia U. Williams | By: /s/ Deanna L. Forbush |
| Telia U. Williams, Esq.<br>10161 Park Run Drive<br>Suite 150<br>Las Vegas, NV 89145<br>Telephone: (702) 835-6866<br>teliauwilliams@telialaw.com | Deanna L. Forbush, Esq.<br>500 South Rancho Drive, Suite 17<br>Las Vegas, NV 89106-4847<br>Tel.: (702) 697-7525<br>Fax: (713) 890-5001 |
| *Attorneys for Plaintiffs Charles Bell, James Turner, Fernando Mendoza, Andrew Austin, Martin Recillas, Bellion Corporation, JL Turner Distribution, JJF Distributors Corp. and Mendozas Distribution* | MORGAN, LEWIS & BOCKIUS LLP<br>Michael J. Puma, Esq.<br>(*pro hac vice application to be filed*)<br>Brian W. Sullivan, Esq.<br>(*pro hac vice application to be filed*)<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel.: (215) 963-5000<br>Fax: (215) 963-5001<br><br>*Attorneys for Defendants Bimbo Bakeries USA, Inc. and Bimbo Foods Bakeries Distribution, LLC.* |

IT IS SO ORDERED.

Dated: 2-17-2016

Hon. ~~Kent J. Dawson~~ Cam Ferenbach
United States ~~District Judge~~
Magistrate

---

[1] Defendant Grupo Bimbo S.A.B. de C.V., a Mexican company, has not yet been served in this matter and counsel for Defendants Bimbo Bakeries USA, Inc. and Bimbo Foods Bakeries Distribution, LLC does not hereby appear on its behalf.

2