# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLES BELL, *et al.*, | 2:15-cv-02410-KJD-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| GRUPO BIMBO, *et al.*, | |
| Defendants. | |

The court met and conferred with the parties and counsel on May 24, 2016 for a settlement conference. (ECF No. 34). A settlement agreement was not reached. Because he had *ex parte* contacts with the parties and counsel during the settlement conference, the undersigned must recuse himself from the above entitled and numbered case. 28 U.S.C. § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

Dated this 26th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE