1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6

7   CHARLES BELL, *et al.,*                    )
8                        Plaintiffs,           )     Case No.  2:15-cv-02410-KJD-GWF
                                                )
9   vs.                                         )     **ORDER**
                                                )
10  BIMBO BAKERIES, USA, *et al.*,              )
                                                )
11                       Defendants.            )
                                                )
12  _____

13          On June 27, 2016, the Court granted Defendants' Motion to Dismiss Plaintiffs' First

14  Amended Complaint.  *See ECF No. 43*.  As a result, Defendants' Motion for a protective order

15  staying discovery until the court rules on Defendants' pending motion to dismiss (ECF No. 28) as

16  well as Defendants' Motion to strike Plaintiff's opposition to Defendants' Motion for a protective

17  order (ECF No. 38) and the arguments contained therein are moot.  Accordingly,

18          **IT IS HEREBY ORDERED** that Defendants' Motion for a protective order staying

19  discovery (ECF No. 28) and Defendants' Motion to strike Plaintiff's opposition to Defendants'

20  Motion for a protective order (ECF No. 38) are **denied** as moot.

21          **IT IS FURTHER ORDERED** that the motion hearing set for July 8, 2016 at 2:30 p.m. is

22  hereby **VACATED**.

23  DATED this 28th day of June, 2016.

24
25                                          _____
26                                          GEORGE FOLEY, JR.
                                            United States Magistrate Judge
27
28